FELIPA R. RICHLAND, SBN 112458
**RICHLAND & ASSOCIATES**
8383 Wilshire Boulevard
Suite 708
Beverly Hills, CA 90211
(323) 651-5951 - Telephone
(323) 651-1088 - Facsimile

Attorneys for Defendants,
FELIPA R. RICHLAND and NATHAN ENTERPRISES CORP.

2007 OCT -3 A 9: 43

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARREN D. CHAKER, | CASE NO.: CV |
| Plaintiff, | **CERTIFICATION OF FOREIGN JUDGMENT** |
| -vs- | |
| FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and NATHAN ENTERPRISES CORPORATION, dba ONLINE MOTORS, | 2:07-ms-00067-NA |
| Defendants. | |

DATED: August 21, 2007                    RICHLAND & ASSOCIATES

By: _____
Felipa R. Richland
Attorneys for Defendants
FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and NATHAN ENTERPRISES CORPORATION, *dba* *ONLINE MOTORS*

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

-1-

WHEN RECORDED MAIL TO:

Felipa R. Richland    SBN 112458
RICHLAND & ASSOCIATES
8383 Wilshire Boulevard, Suite 708
Beverly Hills, CA 90211
(323) 651-5951   Telephone
(323) 651-1088   Facsimile

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DARREN D. CHAKER, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), <br> v. <br> FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and NATHAN ENTERPRISES CORPORATION dba ONLINE MOTORS, <br> DEFENDANT(S). | CV 05 - 7851 RSWL (PLAx) <br><br> ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on April 5, 2007 and Amended May 3, 2007

in favor of FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and NATHAN ENTERPRISES CORPORATION dba ONLINE MOTORS

whose address is 8383 Wilshire Boulevard, Suite 708, Beverly Hills, CA 90211

and against DARREN D. CHAKER, aka DARREN DEL NERO and DARREN CHAKER DELNERO

whose last known address is 311 N. Robertson Boulevard, P.O. Box 123, Beverly Hills, CA 90211
for $ 0.00                         Principal, $ 2,565.53                         Interest,*
$ 3,059.34                         Costs, and $ 39,875.50                         Attorney Fees.

ATTESTED this  3rd  day of  July , 2007.
Judgment debtor's driver's license no. and state; A7531455, California    ☐ Unknown.
Judgment debtor's Social Security number; ████████████████    ☐ Unknown.
☐ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Joshua Swigart, Esq., HYDE & SWIGART

411 Camino del Rio Street, Suite 301

San Diego, CA 92108

\* See attached computation and table.

CLERK, U. S. DISTRICT COURT

By Marilyn Martin
       Deputy Clerk

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

# Historical ARM Indexes - Weekly Values
## 1-Year CMT

Time Period: April, 2006 - June, 2007

| Date | Weekly Rate | | Amount | Date | Weekly Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 04/07/2006 | 4.85 % | = | $40.05 | 12/22/2006 | 4.96 % | = | $40.95 |
| 04/14/2006 | 4.91 % | = | $40.54 | 12/29/2006 | 4.99 % | = | $41.20 |
| 04/21/2006 | 4.90 % | = | $40.46 | 01/05/2007 | 4.98 % | = | $41.12 |
| 04/28/2006 | 4.94 % | = | $40.79 | 01/12/2007 | 5.03 % | = | $41.53 |
| 05/05/2006 | 4.98 % | = | $41.12 | 01/19/2007 | 5.08 % | = | $41.94 |
| 05/12/2006 | 5.01 % | = | $41.37 | 01/26/2007 | 5.10 % | = | $42.10 |
| 05/19/2006 | 4.98 % | = | $41.12 | 02/02/2007 | 5.10 % | = | $42.10 |
| 05/26/2006 | 4.99 % | = | $41.20 | 02/09/2007 | 5.07 % | = | $41.86 |
| 06/02/2006 | 5.03 % | = | $41.53 | 02/16/2007 | 5.07 % | = | $41.86 |
| 06/09/2006 | 5.04 % | = | $41.61 | 02/23/2007 | 5.05 % | = | $41.70 |
| 06/16/2006 | 5.13 % | = | $42.36 | 03/02/2007 | 4.96 % | = | $40.95 |
| 06/23/2006 | 5.24 % | = | $43.27 | 03/09/2007 | 4.92 % | = | $40.62 |
| 06/30/2006 | 5.27 % | = | $43.51 | 03/16/2007 | 4.93 % | = | $40.71 |
| 07/07/2006 | 5.27 % | = | $43.51 | 03/23/2007 | 4.93 % | = | $40.71 |
| 07/14/2006 | 5.24 % | = | $43.27 | 03/30/2007 | 4.90 % | = | $40.46 |
| 07/21/2006 | 5.22 % | = | $43.10 | 04/06/2007 | 4.94 % | = | $40.79 |
| 07/28/2006 | 5.17 % | = | $42.69 | 04/13/2007 | 4.97 % | = | $40.79 |
| 08/04/2006 | 5.10 % | = | $42.10 | 04/20/2007 | 4.93 % | = | $40.71 |
| 08/11/2006 | 5.09 % | = | $42.03 | 04/27/2007 | 4.90 % | = | $40.46 |
| 08/18/2006 | 5.10 % | = | $42.10 | 05/04/2007 | 4.90 % | = | $40.46 |
| 08/25/2006 | 5.07 % | = | $41.86 | 05/11/2007 | 4.89% | = | $40.38 |
| 09/01/2006 | 5.03 % | = | $41.53 | 05/18/2007 | 4.86% | = | $40.13 |
| 09/08/2006 | 5.02 % | = | $41.45 | 05/25/2007 | 4.95% | = | $40.87 |
| 09/15/2006 | 5.02 % | = | $41.45 | 06/01/2007 | 4.96% | = | $40.95 |
| 09/22/2006 | 4.97 % | = | $40.79 | 06/08/2007 | 4.98% | = | $41.12 |
| 09/29/2006 | 4.90 % | = | $40.46 | 06/15/2007 | 4.98% | = | $41.12 |
| 10/06/2006 | 4.90 % | = | $40.46 | | | | |
| 10/13/2006 | 5.03 % | = | $41.53 | **Total Interest** | | = | **$2,565.53** |
| 10/20/2006 | 5.05 % | = | $41.70 | | | | |
| 10/27/2006 | 5.07 % | = | $41.86 | | | | |
| 11/03/2006 | 5.00 % | = | $41.28 | | | | |
| 11/10/2006 | 5.03 % | = | $41.53 | | | | |
| 11/17/2006 | 5.03 % | = | $41.53 | | | | |
| 11/24/2006 | 5.01 % | = | $41.37 | | | | |
| 12/01/2006 | 4.95 % | = | $40.87 | | | | |
| 12/08/2006 | 4.90 % | = | $40.46 | | | | |
| 12/15/2006 | 4.95 % | = | $40.87 | | | | |

**PROOF OF SERVICE**
***Chaker v. Nathan Enterprises Corp.***
USDC - Nevada Case CV

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 8383 Wilshire Boulevard, Suite 708, Beverly Hills, CA 90211.

      On **October 2, 2007** I served the foregoing document described as **CERTIFICATION OF FOREIGN JUDGMENT** on all interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as indicated below:

Darren D. Chaker
311 North Robertson Blvd. Box #123
Beverly Hills, CA 90211

☐ **(By Overnight Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. I personally prepared envelopes to the above attorneys for the interested parties in this action, for next day delivery via Overnite Express.

☒ **(By Mail)** I caused such envelope with pre-paid postage thereon to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing indicated in this affidavit.

☐ **(By Personal Service)** On the above-referenced date, during normal business hours, I personally hand delivered such envelopes to Academy Messenger Service for same day delivery to the offices of the above attorney for the interested parties in this action at the addresses indicated above.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I am employed by a member of the Bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **October 2, 2007,** at Beverly Hills, California.

_____
SHIRLEY S. ROBLES

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS